IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE L. WOITASZEWSKI,<br><br>Defendant. | **8:25CR129**<br><br>**ORDER** |

On September 28, 2026, the court held a hearing on the motion of Paul J. Forney to withdraw as counsel for the defendant, Katherine L. Woitaszewski, (Filing No. 130). After inquiry of the defendant and her counsel, the court granted Paul J. Forney's motion to withdraw (Filing No. 130).

Cheryl M. Kessell, Federal Public Defender's Office, 1620 Dodge Street, Suite 600, Omaha, NE 68102, (402) 221-7875, is appointed to represent Katherine L. Woitaszewski for the balance of these proceedings pursuant to the Criminal Justice Act. Paul J. Forney shall forthwith provide Cheryl M. Kessell any discovery materials provided to the defendant by the government, and any such other materials obtained by Paul J. Forney which are material to Katherine L. Woitaszewski's defense.

The clerk shall provide a copy of this order to Cheryl M. Kessell and the defendant.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge